## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KEVIN G. SMITH,** ) | **CASE NO. 8:10CV3060** |
|       ) | |
|       **Plaintiff,** ) | |
| v.    ) | |
|       ) | **RECUSAL ORDER** |
| **LORIE SMITH-CAMPS, gastop Force,** ) | |
| **et al.,** ) | |
|       ) | |
|       **Defendants.** ) | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the Court file in the above-designated case, the undersigned Judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

DATED this 9th day of April, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge