# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KEVIN G. SMITH,** | **CASE NO. 4:10CV3060** |
|       **Plaintiff,** | |
| v. | **AMENDED** |
| | **RECUSAL ORDER** |
| **LORIE SMITH-CAMPS, gastopo Force, et al.,** | |
|       **Defendants.** | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the Court file in the above-designated case, the undersigned Judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

DATED this 9th day of April, 2010.

                                              BY THE COURT:

                                              s/Laurie Smith Camp
                                              United States District Judge