IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEVIN G. SMITH, | ) | 4:10CV3060 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LORIE SMITH-CAMPS, and | ) | |
| GASTOPO FORCE, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

  This matter is before the court on its own motion. The above-captioned matter was filed on April 8, 2010. (Filing No. 1.) However, due to certain technical defects, the Complaint cannot be further processed until such defects are corrected. To assure further consideration of the complaint, the plaintiff must correct the defect listed below. **FAILURE TO CORRECT THE DEFECT MAY RESULT IN DISMISSAL OF THE PETITION.**

  The plaintiff has failed to include the $350.00 filing fee. The plaintiff has the choice of either tendering the $350.00 fee to the clerk of the court or submitting a request to proceed in forma pauperis and an affidavit of poverty in support thereof. If the plaintiff chooses to do the latter, the enclosed pauper's forms should be completed and returned to this court.

  IT IS THEREFORE ORDERED that:

  1. The plaintiff is directed to correct the above-listed technical defect in the complaint on or before May 21, 2010.

  2. Failure to comply with this Memorandum and Order will result in dismissal of this matter without further notice.

3.      The clerk of the court is directed to send to the plaintiff Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit.

4.      The clerk of the court is directed to set a pro se case management deadline in this case using the following text: May 21, 2010: deadline for tendering filing fee or submitting in forma pauperis request and affidavit.

Dated April 21, 2010.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge