IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEVIN G. SMITH, | ) | 4:10CV3060 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LORIE SMITH-CAMPS, and | ) | |
| GASTOPO FORCE, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On April 21, 2010, the court entered a memorandum and order requiring the plaintiff, Kevin G. Smith, to either pay the court's $350.00 filing fee or submit a request for leave to proceed in forma pauperis. (Filing No. 7.) The court warned the plaintiff that failure to comply with the court's memorandum and order would result in dismissal of this action without further notice. (*Id.*) The plaintiff has not paid the filing fee or submitted a request for leave to proceed in forma pauperis. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice.

2. A separate judgment will be entered in accordance with this memorandum and order.

3. All pending motions are denied.

Dated June 16, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge